■ In the Matter of ROBERT H. WOODFORD, a Suspended Attorney. [627 NYS2d 589] —A certified copy of the minutes showing the entry of a plea of guilty by Robert H. Woodford to the crime of embezzlement by a Referee in violation of 18 USC § 645 in the United States District Court for the Northern District of New York having been presented to this Court, he is disbarred and his name is stricken from the roll of attorneys *(see, Matter of Mydanick,* 78 AD2d 339, *lv denied* 53 NY2d 604). Present—Denman, P. J., Green, Pine, Fallon and Callahan, JJ.

■ PEOPLE v PAUL KENDALL, Defendant. [627 NYS2d 590] —Motion to extend time to take appeal denied as unnecessary. Memorandum: Defendant's time to make an application to appeal does not begin to run until defendant is served with a copy of the judgment appealed from *(see,* CPL 460.10 [4] [a]). Present—Green, J. P., Pine, Wesley, Doerr and Davis, JJ.

■ PEOPLE v MICHAEL KLEM, Defendant. [627 NYS2d 590] —Motion for renewal denied. Memorandum: Defendant has failed to show entitlement to an extension of time to take an appeal. Trial counsel satisfied the requirements of 22 NYCRR 1022.11 (a). Counsel advised defendant in writing of his right to appeal and defendant declared in writing that he did not wish to appeal. Thus, counsel did not engage in improper conduct *(see,* CPL 460.30 [1]). Furthermore, the failure to file a notice of appeal in a timely fashion resulted from defendant's improper filing of the notice of appeal with the Clerk of the Monroe County Court rather than the Monroe County Clerk as required by CPL 460.10. Present—Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.

■ PEOPLE, Respondent, v ROBERT PENDERGRASS, Appellant. [627 NYS2d 590] —Motion for sentence reduction denied. Memorandum: This Court lacks subject matter jurisdiction to entertain defendant's motion. Defendant failed to file a notice of appeal from the judgment of conviction *(see,* CPL 460.10 [1] [a]; *People v Bedell,* 210 AD2d 922; *People v Wilson,* 199 AD2d 1078, *lv dismissed* 83 NY2d 812; *People v Coble,* 168 AD2d 982, *lv denied* 78 NY2d 954). Present—Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.